cox, a justice of the peace of the town of Salina, Onondaga county. No opinion. Application denied, without costs to either party.

WILHELM, Appellant, v. WOOD et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Richard B. Wilhelm against Robert C. Wood and J. Craig Havemeyer, etc. No opinion. Interlocutory judgment affirmed, with costs.

WILHELM, Appellant, v. WOOD et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Richard B. Wilhelm against Robert C. Wood and J. Craig Havemeyer, doing business under the firm name of Wood & Havemeyer. No opinion. Motion for leave to appeal to the Court of Appeals denied.

In re WILKIN. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) In the matter of the final judicial settlement of the accounts of Anna M. C. Wilkin, as trustee, etc. No opinion. Order made and entered herein by this court January 5, 1904 (86 N. Y. Supp. 360), modified, so as to permit payments of trust funds herein, upon conditions specified in the order.

WILLIAM E. UPTEGROVE & BRO., Appellant, v. TRAVELERS' INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by William E. Uptegrove & Bro. against the Travelers' Insurance Company. No opinion. Judgment affirmed, with costs.

WILLIAMS, Appellant, v. VILLAGE OF CAZENOVIA, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Elizabeth Williams, as administratrix, etc., of William T. Williams, deceased, against the village of Cazenovia. No opinion. Judgment unanimously affirmed, with costs.

WILLIS, et al., Respondents, v. TISHMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by Israel Willis and others against Julius Tishman. No opinion. Application denied, with $10 costs. Order signed.

WILSON, Respondent, v. SIMMONS, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Bert C. Wilson against George J. Simmons. No opinion. Judgment and order affirmed, with costs.

WINGERATH, Respondent, v. NORWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by William Wingerath against Edmund H. Norwood, sued as Edward Norwood. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

WISE, Respondent, v. CATHOLIC WOMEN'S BENEVOLENT LEGION, Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Thomas Wise against the Catholic Women's Benevolent Legion. No opinion. Motion to dismiss appeal granted, with costs.

WISE et al., Respondents, v. COHEN et al., Appellants (two cases). (Supreme Court, Appellate Division, First Department. June 25, 1906.) Actions by John S. Wise and others against Pauline Cohen, impleaded. No opinion. Motion denied. Order filed.

In re WISEMAN. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) (In the matter of the application of Moses Morris Wiseman for admission to the bar. No opinion. Application granted.

WITTSCHEN et al., Respondents, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by George Wittschen and other against the Manhattan Railway Company and others. J. O. Nichols, for appellants. E. M. Felt, for respondents.

PER CURIAM. Judgment modified by reducing amount awarded for fee damage to $1,500, and by reducing the judgment for rental damage, etc., as entered, including interest, costs, and extra allowance, to the sum of $1,327.85, and, as so modified, judgment and order appealed from affirmed, without costs. Settle order on notice.

WOLFARTH, Respondent, v. HILLIARD, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Philip C. Wolfarth against George Hilliard.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER and MILLER, JJ., dissent.

WOLFF, Appellant, v. ROTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Gustave Wolff against Peter Roth and Samuel Rudner. No opinion. Motion to compel filing of the return granted. If it is impossible to procure a copy of the evidence taken upon the trial, that fact should be made to appear, and the reason stated.

WOODRUFF v. GAINES et al. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by Timothy L. Woodruff against Clement C. Gaines and others. No opinion. Judgment affirmed, with costs.

WOOLLEY et al., Appellants, v. HATCH, Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Action by William E. Woolley and others against Edward Hatch, Jr. No opinion. Application denied, with $10 costs. Order signed.